In the Matter of the Claim of JOSEPH STOLZ, Respondent, against LASHER & LATHROP, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 20, 1934; decided December 4, 1934.)

*John J. Conners, Jr.,* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.